IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**PATTY D. DAVIS**                                                                 **PLAINTIFF**

**V.**                                              **NO. 1:11cv-00267-SA-JMV**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY**                           **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated November 6, 2012, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated November 6, 2012, is hereby approved and adopted as the opinion of the Court.

2. That Plaintiff's Motion for Summary Judgment [13] is GRANTED.

3. That the decision of the Commissioner is REVERSED, and this case is remanded to the Commissioner.

4. That the Commissioner shall calculate and award benefits to Patty D. Davis in accordance with the opinion of this court.

**THIS**, the 2nd day of January, 2013.

                                                                /s/ Sharion Aycock
                                                              **U. S. DISTRICT JUDGE**